No. 04–980. BROWN, WARDEN v. SANDERS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 947.] Motion of respondent for appointment of counsel granted. Nina Rivkind, Esq., of San Francisco, Cal., is appointed to serve as counsel for respondent in this case.

No. 04–8116. S. C. ET VIR v. R. Y. ET UX. Sup. Ct. Miss. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 919] denied.

No. 04–9534. IN RE YOUNG-COOPER;
No. 04–9595. IN RE BURRELL; and .
No. 04–9619. IN RE ALI. Petitions for writs of habeas corpus denied.

No. 04–8934. IN RE CARDWELL. Petition for writ of mandamus denied.

No. 04–721. LAMARQUE, WARDEN v. CHAVIS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–1152. RUMSFELD, SECRETARY OF DEFENSE, ET AL. v. FORUM FOR ACADEMIC & INSTITUTIONAL RIGHTS, INC., ET AL. C. A. 3d Cir. Certiorari granted.

No. 04–294. FOUNTAIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–1009. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. v. FINK, DIRECTOR, MICHIGAN OFFICE OF THE STATE EMPLOYER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1012. HAIRE v. MESHULAM. C. A. D. C. Cir. Certiorari denied.

No. 04–1024. O'CONNOR v. CHURCH OF ST. IGNATIUS LOYOLA ET AL. App. Div. Sup. Ct. N. Y. 1st Jud. Dept. Certiorari denied.